```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CARLOS JORGE,                                                  :
                                                               :
                                Plaintiff,                     :
                                                               :            18-CV-5652 (VEC)
             -against-                                         :
                                                               :                ORDER
SAMSONITE COMPANY STORES, LLC,                                 :
                                                               :
                                Defendant.                     :
-------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/16/18

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2018 (Dkt. 21), the parties filed a letter stating that they reached an agreement in principle to settle this case; and

WHEREAS on September 14, 2018 (Dkt. 22), the Court ordered that this action would be dismissed unless one or more parties filed a letter before October 15, 2018 requesting that the action not be dismissed; and

WHEREAS no party has filed a letter requesting that this action not be dismissed;

IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: **October 16, 2018**
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**